Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−19074−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John R. Nortrup Jr.
95 Bristlecone Drive
Howell, NJ 07731

Lauren L. Nortrup
aka Lauren L. Muscarella
95 Bristlecone Drive
Howell, NJ 07731

Social Security No.:
 xxx−xx−0432

 xxx−xx−8505

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         11/27/24
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 16, 2024
JAN: gan

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
John R. Nortrup, Jr.  
Lauren L. Nortrup  
    Debtors

Case No. 24-19074-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 16, 2024      Form ID: 132      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Nortrup, Jr., Lauren L. Nortrup, 95 Bristlecone Drive, Howell, NJ 07731-2825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520391133 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2024 20:31:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 520391134 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2024 20:45:53 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520391135 | | Email/Text: BNBSB@capitalsvcs.com | Sep 16 2024 20:31:00 | Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520391138 | | Email/Text: cfcbackoffice@contfinco.com | Sep 16 2024 20:31:00 | Celtic/cont, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520391136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2024 20:45:21 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520391137 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 16 2024 20:45:06 | Capital One Auto Finance, 8050 Dominion Pkwy, Plano, TX 75024-0100 |
| 520391139 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2024 20:44:54 | Creditonebnk, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520391140 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 16 2024 20:31:00 | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520391141 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 16 2024 20:45:12 | Dpt Ed/aidv, Po Box 300001, Greenville, TX 75403-3001 |
| 520391143 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 16 2024 20:31:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 520391142 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 16 2024 20:32:00 | Flagstar, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520391144 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 16 2024 20:31:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520391145 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 16 2024 20:32:00 | Harley-Davidson Financial Services, Inc., Attention: Rider Services, PO Box 22048, Carson City, NV 89721-2048 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2024 | Form ID: 132 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 520391146 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2024 20:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520391148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 16 2024 21:03:22 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 520391147 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 16 2024 20:32:00 | Jeffcapsys, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520391149 | ^ | MEBN | Sep 16 2024 20:30:31 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520391151 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 20:45:27 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520391150 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 20:45:46 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520391153 | + | Email/PDF: cbp@omf.com | Sep 16 2024 20:45:49 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520391154 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 20:45:27 | Resurgent Capital Services, P.O. Box 510090, Livonia, MI 48151-6090 |
| 520391152 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 16 2024 20:31:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520391155 | ^ | MEBN | Sep 16 2024 20:30:45 | Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520391156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2024 20:44:48 | Syncb/carecr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2024 20:45:48 | Syncb/slpnbr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391158 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2024 21:02:49 | Syncb/venmo, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520391160 | + | Email/Text: bncmail@w-legal.com | Sep 16 2024 20:32:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520391159 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 16 2024 20:31:00 | Tbom/fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 520391161 | + | Email/Text: bnc-thebureaus@quantum3group.com | Sep 16 2024 20:32:00 | The Bureaus, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 520391162 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 16 2024 20:32:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 520391163 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 16 2024 20:32:00 | Us Bk Cacs, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| George E Veitengruber, III | on behalf of Joint Debtor L. Nortrup Lauren bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Debtor R. Nortrup John Jr. bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4