| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Laura Egerman<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ 08830<br>Telephone: (732) 902-5399<br>NJ_ECF_Notices@McCalla.com<br>Attorneys for Secured Creditor | |
| In re:<br><br>John R. Nortrup, Jr., Lauren L. Nortrup,<br><br><br>                                               Debtors | Case No. 24-19074-MBK<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Lakeview Loan Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

   McCalla Raymer Leibert Pierce, LLC
   485F US Highway 1 S, Suite 300
   Iselin, NJ 08830

DOCUMENTS:

   ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
   ☒  All documents and pleadings of any nature.

Date:  September 27, 2024              /s/ *Laura Egerman*
                                              Laura Egerman

NOA