Certificate Number: 05781-NJ-DE-038960509

Bankruptcy Case Number: 24-19074



05781-NJ-DE-038960509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2024, at 5:11 o'clock PM PDT, John Nortrup completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 13, 2024            By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President