Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−19074−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John R. Nortrup Jr.<br>95 Bristlecone Drive<br>Howell, NJ 07731 | Lauren L. Nortrup<br>aka Lauren L. Muscarella<br>95 Bristlecone Drive<br>Howell, NJ 07731 |

Social Security No.:
  xxx−xx−0432                                  xxx−xx−8505

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 9/13/2024 and a confirmation hearing on such Plan has been scheduled for 1/22/2025 at 10:00 AM.

The debtor filed a Modified Plan on 1/17/2025 and a confirmation hearing on the Modified Plan is scheduled for 3/5/2025 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 17, 2025
JAN: gan

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-19074-MEH
John R. Nortrup, Jr.  Chapter 13
Lauren L. Nortrup
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Jan 17, 2025  Form ID: 186  Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Nortrup, Jr., Lauren L. Nortrup, 95 Bristlecone Drive, Howell, NJ 07731-2825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2025 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520484898 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 17 2025 21:06:51 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520391133 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 17 2025 21:01:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 520397839 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 21:06:58 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520433513 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 21:29:01 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520444006 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2025 21:06:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520391134 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2025 21:06:54 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520391135 | | Email/Text: BNBSB@capitalsvcs.com | Jan 17 2025 21:02:00 | Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520391138 | | Email/Text: cfcbackoffice@contfinco.com | Jan 17 2025 21:03:00 | Celtic/cont, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520391136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2025 21:18:12 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520391137 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 17 2025 21:06:54 | Capital One Auto Finance, 8050 Dominion Pkwy, Plano, TX 75024-0100 |
| 520397840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 21:07:18 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520431512 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 21:17:41 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma |

Case 24-19074-MEH    Doc 27    Filed 01/19/25    Entered 01/20/25 00:20:00    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2025 | Form ID: 186 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | City, OK 73118-7901 |
| 520401032 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2025 21:06:41 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520391139 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2025 21:06:50 | Creditonebnk, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520463935 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 17 2025 21:02:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520391140 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 17 2025 21:02:00 | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520391141 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 17 2025 21:06:57 | Dpt Ed/aidv, Po Box 300001, Greenville, TX 75403-3001 |
| 520391143 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 17 2025 21:02:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 520391142 | + | Email/Text: servicingmailhub@flagstar.com | Jan 17 2025 21:05:00 | Flagstar, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520391144 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 17 2025 21:03:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520456477 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 17 2025 21:02:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520391145 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 17 2025 21:05:00 | Harley-Davidson Financial Services, Inc., Attention: Rider Services, PO Box 22048, Carson City, NV 89721-2048 |
| 520391146 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2025 21:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520453624 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2025 21:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520391148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2025 21:17:58 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 520430571 | + | Email/Text: RASEBN@raslg.com | Jan 17 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520391147 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2025 21:05:00 | Jeffcapsys, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520391149 | ^ | MEBN | Jan 17 2025 20:54:06 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520391151 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:06:53 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520395482 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:07:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520455798 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 17 2025 21:02:00 | Lakeview Loan Servicing, LLC, Flagstar Bank, NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520391150 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:06:36 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520420615 | + | Email/PDF: cbp@omf.com | Jan 17 2025 21:06:50 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520391153 | + | Email/PDF: cbp@omf.com | Jan 17 2025 21:07:03 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520460723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2025 21:18:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520504546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2025 21:06:32 | Portfolio Recovery Associates, LLC, c/o THE |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | BANK OF MISSOURI, POB 41067, Norfolk, VA 23541 |
| 520459700 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2025 21:04:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520391154 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:06:42 | Resurgent Capital Services, P.O. Box 510090, Livonia, MI 48151-6090 |
| 520391152 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 17 2025 21:02:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520391155 | ^ | MEBN | Jan 17 2025 20:54:28 | Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520391156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 21:06:32 | Syncb/carecr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 21:06:43 | Syncb/slpnbr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391158 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 21:06:40 | Syncb/venmo, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520459381 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 17 2025 21:07:03 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520391160 | + | Email/Text: bncmail@w-legal.com | Jan 17 2025 21:03:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520391159 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 17 2025 21:01:00 | Tbom/fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 520391161 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jan 17 2025 21:03:00 | The Bureaus, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 520427450 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 17 2025 21:05:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 520391162 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 17 2025 21:05:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 520391163 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 17 2025 21:05:00 | Us Bk Cacs, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 19, 2025     Signature:     /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jan 17, 2025 | Form ID: 186 | Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Joint Debtor Lauren L. Nortrup bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Debtor John R. Nortrup  Jr. bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Laura M. Egerman | on behalf of Creditor LakeView Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7