Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024  
**Chapter 13 Case No. 24-19074 / MEH**

John R. Nortrup, Jr.  
Lauren L. Nortrup

Petition Filed Date: 09/13/2024  
341 Hearing Date: 10/24/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/30/2024 | $1,818.00 | 10001393 | 11/04/2024 | $1,818.00 | 10055652 | 12/02/2024 | $1,818.00 | 10097734 |

Total Receipts for the Period:  $5,454.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,272.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John R. Nortrup, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E. Veitengruber, III, Esq. | Attorney Fees<br>Hold Funds: Reserve | $4,750.00 | $0.00 | $4,750.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $345.36 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $854.11 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $598.42 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,271.20 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,053.77 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,986.95 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $532.30 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE<br>»» 2021-2023 | Priority Creditors | $2,009.47 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $56.92 | $0.00 | $0.00 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $13,387.51 | $0.00 | $0.00 |
| 11 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $1,422.86 | $0.00 | $0.00 |
| 12 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,691.38 | $0.00 | $0.00 |
| 13 | CAPITAL ONE AUTO FINANCE<br>»» 2017 JEEP GRAND CHEROKEE | Debt Secured by Vehicle | $40.00 | $0.00 | $0.00 |
| 14 | ALLY CAPITAL<br>»» 2020 NISSAN ARMADA | Debt Secured by Vehicle<br>Hold Funds: Pending Resolution | $28,525.00 | $0.00 | $0.00 |
| 15 | ALLY CAPITAL<br>»» 2020 NISSAN ARMADA | Unsecured Creditors<br>Hold Funds: Pending Resolution | $11,598.70 | $0.00 | $0.00 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $1,231.48 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-19074 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» UPSTART | Unsecured Creditors | $7,116.40 | $0.00 | $0.00 |
| 18 | LAKEVIEW LOAN SERVICING LLC<br>»» P/95 BRISTLECONE DR/2ND MTG | Mortgage Arrears | $3,159.71 | $0.00 | $0.00 |
| 19 | HARLEY-DAVIDSON CREDIT CORP.<br>»» 2022 HARLEY DAVIDSON FLFBS FAT BOY 114 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | Unsecured Creditors | $42,560.22 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,462.37 | $0.00 | $0.00 |
| 22 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» UPGRADE INC. ON BEHALF OF CROSS RIVER BANK | Unsecured Creditors | $7,588.60 | $0.00 | $0.00 |
| 23 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» UPGRADE INC. ON BEHALF OF CROSS RIVER BANK | Unsecured Creditors | $3,039.42 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,295.17 | $0.00 | $0.00 |
| 25 | DISCOVER BANK<br>»» P/95 BRISTLECONE DR/1ST MTG | Mortgage Arrears | $29,370.65 | $0.00 | $0.00 |
| 26 | AiDVANTAGE OF BEHALF OF: THE DEPT OF ED | Unsecured Creditors | $4,456.84 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,272.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,818.00 |
| Paid to Trustee: | $545.40 | Arrearages: | $0.00 |
| Funds on Hand: | $6,726.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

