Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−19074−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John R. Nortrup Jr.<br>95 Bristlecone Drive<br>Howell, NJ 07731 | Lauren L. Nortrup<br>aka Lauren L. Muscarella<br>95 Bristlecone Drive<br>Howell, NJ 07731 |

Social Security No.:
  xxx−xx−0432                                         xxx−xx−8505

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 12, 2025.

Dated: March 12, 2025
JAN: km

Jeanne Naughton<br>Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John R. Nortrup, Jr.  
Lauren L. Nortrup  
    Debtors

Case No. 24-19074-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Mar 12, 2025      Form ID: plncf13      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Nortrup, Jr., Lauren L. Nortrup, 95 Bristlecone Drive, Howell, NJ 07731-2825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520484898 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 12 2025 21:12:11 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520391133 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 12 2025 21:02:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 520397839 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:11:37 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520433513 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:36:05 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520444006 | | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 21:12:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520391134 | + | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 21:13:33 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520391135 | | Email/Text: BNBSB@capitalsvcs.com | Mar 12 2025 21:02:00 | Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520391138 | | Email/Text: cfcbackoffice@contfinco.com | Mar 12 2025 21:02:00 | Celtic/cont, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520391136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2025 21:13:03 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520391137 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 12 2025 21:12:18 | Capital One Auto Finance, 8050 Dominion Pkwy, Plano, TX 75024-0100 |
| 520397840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:36:16 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520431512 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:36:09 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | City, OK 73118-7901 |
| 520401032 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 12 2025 21:35:52 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520391139 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2025 21:12:08 | Creditonebnk, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520463935 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 12 2025 21:02:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520391140 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 12 2025 21:02:00 | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520391141 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 12 2025 21:12:10 | Dpt Ed/aidv, Po Box 300001, Greenville, TX 75403-3001 |
| 520391143 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 12 2025 21:02:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 520391142 | + | Email/Text: servicingmailhub@flagstar.com | Mar 12 2025 21:03:00 | Flagstar, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520391144 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 12 2025 21:02:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520456477 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 12 2025 21:02:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520391145 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 12 2025 21:03:00 | Harley-Davidson Financial Services, Inc., Attention: Rider Services, PO Box 22048, Carson City, NV 89721-2048 |
| 520391146 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 12 2025 21:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520453624 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2025 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520430571 | + | Email/Text: RASEBN@raslg.com | Mar 12 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520391147 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2025 21:03:00 | Jeffcapsys, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520391148 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 12 2025 21:36:37 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 520391149 | ^ | MEBN | Mar 12 2025 21:00:43 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520391151 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:35:48 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520395482 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:34:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520455798 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Mar 12 2025 21:02:00 | Lakeview Loan Servicing, LLC, Flagstar Bank, NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520391150 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:35:34 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520420615 | + | Email/PDF: cbp@omf.com | Mar 12 2025 21:12:01 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520391153 | + | Email/PDF: cbp@omf.com | Mar 12 2025 21:13:14 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520460723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 21:11:37 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520504546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2025 21:34:54 | Portfolio Recovery Associates, LLC, c/o THE |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | BANK OF MISSOURI, POB 41067, Norfolk, VA 23541 |
| 520459700 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2025 21:03:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520391154 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:13:12 | Resurgent Capital Services, P.O. Box 510090, Livonia, MI 48151-6090 |
| 520391152 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 12 2025 21:02:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520391155 | ^ | MEBN | Mar 12 2025 21:00:49 | Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520391156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:12:15 | Syncb/carecr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:13:09 | Syncb/slpnbr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391158 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:34:26 | Syncb/venmo, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520459381 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2025 21:12:14 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520391160 | + | Email/Text: bncmail@w-legal.com | Mar 12 2025 21:03:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520391159 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 12 2025 21:02:00 | Tbom/fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 520391161 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 12 2025 21:02:00 | The Bureaus, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 520427450 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 12 2025 21:03:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 520391162 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 12 2025 21:03:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 520391163 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 12 2025 21:03:00 | Us Bk Cacs, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Joint Debtor Lauren L. Nortrup bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Debtor John R. Nortrup  Jr. bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Laura M. Egerman | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor LakeView Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8