Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on August 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| John R. Nortrup, Jr., Lauren L. Nortrup, | Case No. 24-19074-MEH |
| | Hearing Date: August 20, 2025 at 9:00 a.m. |
| Debtors. | Judge: Mark E. Hall |

### CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

The relief set forth on the following pages, number two (2) through three (3) is hereby

### ORDERED

DATED: August 20, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtors: John R. Nortrup, Jr.
Case No.: 24-19074-MEH
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by Lakeview Loan Servicing, LLC as serviced by M & T Bank ("Movant"), and John R. Nortrup, Jr. and Lauren L. Nortrup ("Debtors") having filed opposition thereto, with respect to the property known as 95 Bristlecone Drive, Howell, NJ 07731, ("Property"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent two (2) post-petition payments due June 1, 2025 through July 1, 2025, each payment in the amount of $2,054.83, less suspense of $26.17, for a total delinquency of $4,083.49.

2. Debtor shall cure the arrears in the amount of $4,083.49 by making five (5) equal monthly payments of $680.58, beginning August 1, 2025 through December 1, 2025, and one (1) payment in the amount of $680.59 on or before January 1, 2026.

3. Debtors shall resume post-petition payments to be paid timely and in full with the August 1, 2025 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 95 Bristlecone Drive, Howell, NJ 07731.

Page 3

| | |
|---|---|
| Debtors: | John R. Nortrup, Jr. |
| Case No.: | 24-19074-MEH |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

---

5. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

6. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP
Attorney for the Secured Creditor

By: /s/ Laura Egerman
    Laura Egerman
Date: 08/04/2025

Veitengruber Law LLC
Attorney for the Debtors

By: _[signature]_
    George E Veitengruber,
Date: 7/31/2025