Order Filed on August 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| John R. Nortrup, Jr., Lauren L. Nortrup, | Case No. 24-19074-MEH |
| | Hearing Date: August 20, 2025 at 9:00 a.m. |
| Debtors. | Judge: Mark E. Hall |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

DATED: August 20, 2025

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtors: John R. Nortrup, Jr.
Case No.: 24-19074-MEH
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by Lakeview Loan Servicing, LLC as serviced by M & T Bank ("Movant"), and John R. Nortrup, Jr. and Lauren L. Nortrup ("Debtors") having filed opposition thereto, with respect to the property known as 95 Bristlecone Drive, Howell, NJ 07731, ("Property"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent two (2) post-petition payments due June 1, 2025 through July 1, 2025, each payment in the amount of $2,054.83, less suspense of $26.17, for a total delinquency of $4,083.49.

2. Debtor shall cure the arrears in the amount of $4,083.49 by making five (5) equal monthly payments of $680.58, beginning August 1, 2025 through December 1, 2025, and one (1) payment in the amount of $680.59 on or before January 1, 2026.

3. Debtors shall resume post-petition payments to be paid timely and in full with the August 1, 2025 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 95 Bristlecone Drive, Howell, NJ 07731.

Page 3

| | |
|---|---|
| Debtors: | John R. Nortrup, Jr. |
| Case No.: | 24-19074-MEH |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

5. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

6. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| | |
|---|---|
| McCalla Raymer Leibert Pierce, LLP | Veitengruber Law LLC |
| Attorney for the Secured Creditor | Attorney for the Debtors |
| By: /s/ Laura Egerman | By: [signature] |
| Laura Egerman | George E Veitengruber, |
| Date: 08/04/2025 | Date: 7/31/2025 |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19074-MEH |
| John R. Nortrup, Jr. | Chapter 13 |
| Lauren L. Nortrup | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John R. Nortrup, Jr., Lauren L. Nortrup, 95 Bristlecone Drive, Howell, NJ 07731-2825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Capital One N.A. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor John R. Nortrup  Jr. bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| George E Veitengruber, III | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Joint Debtor Lauren L. Nortrup bankruptcy@veitengruberlaw.com knapolitano15@gmail.com

Laura M. Egerman

on behalf of Creditor LakeView Loan Servicing LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman

on behalf of Creditor Lakeview Loan Servicing LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor Capital One N.A. bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11