UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Capital One, N.A.

In Re:

John R. Nortrup, Jr. & Lauren L. Nortrup,

Debtors.

Case No.:     24-19074-MEH

Chapter:     13

Hearing Date:     10/01/2025

Judge:     Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay re; 95 Bristlecone Drive, Howell, NJ  (Docket # 41)

Date: 09/26/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*