Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-19074 / MEH**

John R. Nortrup, Jr.
Lauren L. Nortrup

Petition Filed Date: 09/13/2024
341 Hearing Date: 10/24/2024
Confirmation Date: 03/05/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2025 | $1,818.00 | 10142163 | 02/03/2025 | $1,818.00 | 10186736 | 03/04/2025 | $1,818.00 | I1MZGX6VZT-I |
| 04/02/2025 | $2,580.00 | I1VPG2VKPT-( | 05/02/2025 | $2,580.00 | I1VPG2VKPT-( | 06/03/2025 | $2,580.00 | I1VPG2VKPT-( |
| 07/02/2025 | $2,580.00 | I1VPG2VKPT-( | 08/04/2025 | $2,580.00 | I1VPG2VKPT-( | 09/03/2025 | $2,580.00 | I1VPG2VKPT-( |
| 10/02/2025 | $2,580.00 | I1VPG2VKPT-( | 11/04/2025 | $2,580.00 | I1VPG2VKPT-( | 12/02/2025 | $2,580.00 | I1VPG2VKPT-( |
| 01/05/2026 | $2,580.00 | I1VPG2VKPT-( | 02/03/2026 | $2,580.00 | I1VPG2VKPT-( | | | |

**Total Receipts for the Period: $33,834.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $39,288.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John R. Nortrup, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E. Veitengruber, III, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $345.36 | $0.00 | $345.36 |
| 2 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $854.11 | $0.00 | $854.11 |
| 3 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $598.42 | $0.00 | $598.42 |
| 4 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,271.20 | $0.00 | $1,271.20 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,053.77 | $0.00 | $4,053.77 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,986.95 | $0.00 | $1,986.95 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $532.30 | $0.00 | $532.30 |
| 8 | INTERNAL REVENUE SERVICE<br>»» 2021-2023 | Priority Crediors | $2,009.47 | $0.00 | $2,009.47 |
| 9 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $56.92 | $0.00 | $56.92 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $13,387.51 | $0.00 | $13,387.51 |
| 11 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $1,422.86 | $0.00 | $1,422.86 |
| 12 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,691.38 | $0.00 | $1,691.38 |
| 13 | CAPITAL ONE AUTO FINANCE<br>»» 2017 JEEP GRAND CHEROKEE | Debt Secured by Vehicle | $40.00 | $17.69 | $22.31 |

**Chapter 13 Case No. 24-19074 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | ALLY CAPITAL<br>»» 2020 NISSAN ARMADA | Debt Secured by Vehicle | $772.71 | $588.33 | $184.38 |
| 15 | ALLY CAPITAL<br>»» 2020 NISSAN ARMADA | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $1,231.48 | $0.00 | $1,231.48 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» UPSTART | Unsecured Creditors | $7,116.40 | $0.00 | $7,116.40 |
| 18 | LAKEVIEW LOAN SERVICING LLC<br>»» 95 BRISTLECONE DR/2ND MTG | Mortgage Arrears | $3,159.71 | $2,405.76 | $753.95 |
| 19 | HARLEY-DAVIDSON CREDIT CORP.<br>»» 2022 HARLEY DAVIDSON FLFBS FAT BOY 114 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK | Unsecured Creditors | $42,560.22 | $0.00 | $42,560.22 |
| 21 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,462.37 | $0.00 | $1,462.37 |
| 22 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» UPGRADE INC. ON BEHALF OF CROSS RIVEF BANK | Unsecured Creditors | $7,588.60 | $0.00 | $7,588.60 |
| 23 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» UPGRADE INC. ON BEHALF OF CROSS RIVEF BANK | Unsecured Creditors | $3,039.42 | $0.00 | $3,039.42 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,295.17 | $0.00 | $1,295.17 |
| 25 | Capital One N.A.<br>»» 95 BRISTLECONE DR/1ST MTG/DISCOVER | Mortgage Arrears | $29,370.65 | $22,362.43 | $7,008.22 |
| 26 | AiDVANTAGE OF BEHALF OF: THE DEPT OF ED | Unsecured Creditors | $4,456.84 | $0.00 | $4,456.84 |
| 27 | LAKEVIEW LOAN SERVICING LLC<br>»» 95 BRISTLECONE DRIVE/ATTY FEES 8/20/25 | Mortgage Arrears | $699.00 | $699.00 | $0.00 |
| 28 | Capital One N.A.<br>»» 95 BRISTLECONE DRIVE/ATTY FEES 10/15/25 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,288.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $31,372.21 | Current Monthly Payment: | $2,577.00 |
| Paid to Trustee: | $3,124.86 | Arrearages: | ($33.00) |
| Funds on Hand: | $4,790.93 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**