**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24-19074** |
| | § | |
| **JOHN R NORTRUP, JR** | § | |
| **LAUREN L NORTRUP** | § | |
| **DEBTORS** | | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

JPMorgan Chase Bank, National Association
C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
Name of Transferee

Dovenmuehle Mortgage Co. as Servicer
Name of Transferor

Name and Address where notices to transferee should be sent:

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx9253**

Court Claim # (if known): 23-1
Amount of Claim: $176,770.21
Date Claim Filed: 11/21/2024

Phone: (877) 604-7294
Last Four Digits of Acct.# xxxxxx**2787**

Name and Address where transferee payments should be sent (if different from above):

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx9253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka
Transferee/Transferee's Agent

Date: 2/13/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before February 23, 2026 via U.S Mail. All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor** ***Via U.S. Mail***
John R Nortrup, Jr
95 Bristlecone Dr
Howell, NJ 07731-2825

**Debtor** ***Via U.S. Mail***
Lauren L Nortrup
95 Bristlecone Dr
Howell, NJ 07731-2825

Respectfully Submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka