Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−19074−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John R. Nortrup Jr.                          Lauren L. Nortrup
95 Bristlecone Drive                         aka Lauren L. Muscarella
Howell, NJ 07731                             95 Bristlecone Drive
                                             Howell, NJ 07731

Social Security No.:
xxx−xx−0432                                  xxx−xx−8505

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/29/26 at 09:00 AM

to consider and act upon the following:

**55** − Creditor's Certification of Default (related document:45 Order on Motion For Relief From Stay) filed by Aleisha Candace Jennings on behalf of Lakeview Loan Servicing, LLC as serviced by M & T Bank. Objection deadline is 04/13/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Notice of Default # 4 Proposed Order # 5 Certificate of Service) (Jennings, Aleisha)

Dated: 4/14/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court