Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  24−19074−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John R. Nortrup Jr.
95 Bristlecone Drive
Howell, NJ 07731

Lauren L. Nortrup
aka Lauren L. Muscarella
95 Bristlecone Drive
Howell, NJ 07731

Social Security No.:
   xxx−xx−0432

   xxx−xx−8505

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/29/26 at 09:00 AM

to consider and act upon the following:

**55 −** Creditor's Certification of Default (related document:45 Order on Motion For Relief From Stay) filed by Aleisha Candace Jennings on behalf of Lakeview Loan Servicing, LLC as serviced by M & T Bank. Objection deadline is 04/13/2026. (Attachments: # 1 Certification # 2 Exhibit # 3 Notice of Default # 4 Proposed Order # 5 Certificate of Service) (Jennings, Aleisha)

Dated: 4/14/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 24-19074-EJO

John R. Nortrup, Jr.                                                            Chapter 13

Lauren L. Nortrup

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 2

Date Rcvd: Apr 14, 2026                           Form ID: ntchrgbk                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + John R. Nortrup, Jr., Lauren L. Nortrup, 95 Bristlecone Drive, Howell, NJ 07731-2825

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by M & T Bank aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| George E Veitengruber, III | on behalf of Debtor John R. Nortrup  Jr. bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Joint Debtor Lauren L. Nortrup bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Joshua I. Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 14, 2026                      Form ID: ntchrgbk                         Total Noticed: 1

Laura M. Egerman

on behalf of Creditor LakeView Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman

on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Capital One N.A. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel

on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12