**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re _John & Lauren Nortrup_        ,        Case No. _24-19074_

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _23_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____April 17, 2026_____.

JPMorgan Chase Bank, National Association
Name of Alleged Transferor

NewRez, LLC
Name of Transferee

Address of Alleged Transferor:
 NewRez d/b/a Shellpoint Mtg Svcs
 PO Box 10826
 Greenville, SC 29603-0826

Address of Transferee:
 d/b/a Shellpoint Mortgage Servicing
 PO Box 10826
 Greenville, SC 29603-0826

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _April 17, 2026_

Jeanne A. Naughton
**CLERK OF THE COURT**