Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−19074−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John R. Nortrup Jr.
95 Bristlecone Drive
Howell, NJ 07731

Lauren L. Nortrup
aka Lauren L. Muscarella
95 Bristlecone Drive
Howell, NJ 07731

Social Security No.:
  xxx−xx−0432

  xxx−xx−8505

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Eamonn James O'Hagan on:

Date:       7/1/26
Time:       02:00 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
George E. Veitengruber III, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,900.00

EXPENSES
$50.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 2, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

John R. Nortrup, Jr.

Lauren L. Nortrup

     Debtors

Case No. 24-19074-EJO

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: 137 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Nortrup, Jr., Lauren L. Nortrup, 95 Bristlecone Drive, Howell, NJ 07731-2825 |
| 520744725 | + | Dovenmuehle Mortgage Co. as Servicer, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 520391142 | + | Flagstar, 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520484898 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 02 2026 21:08:08 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520391133 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 02 2026 21:05:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 520397839 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2026 21:07:57 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520433513 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2026 21:08:08 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520444006 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:08:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520391134 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:07:57 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520391135 | | Email/Text: BNBSB@capitalsvcs.com | Jun 02 2026 21:06:00 | Bryantstbk, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520391138 | | Email/Text: cfcbackoffice@contfinco.com | Jun 02 2026 21:06:00 | Celtic/cont, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520391136 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 21:08:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520391137 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 02 2026 21:07:58 | Capital One Auto Finance, 8050 Dominion Pkwy, Plano, TX 75024-0100 |
| 520397840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2026 21:07:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

District/off: 0312-3

Date Rcvd: Jun 02, 2026

User: admin

Form ID: 137

Page 2 of 4

Total Noticed: 58

| 520431512 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2026 21:08:21 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 520401032 | + Email/PDF: ebn_ais@aisinfo.com | Jun 02 2026 21:07:58 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520391139 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2026 21:07:57 | Creditonebnk, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520463935 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 02 2026 21:06:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520391140 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 02 2026 21:06:00 | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520391141 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 02 2026 21:07:56 | Dpt Ed/aidv, Po Box 300001, Greenville, TX 75403-3001 |
| 520391143 | Email/Text: BNSFS@capitalsvcs.com | Jun 02 2026 21:06:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 520391144 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 02 2026 21:06:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520456477 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 02 2026 21:06:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 520391145 | + Email/Text: bankruptcy.notices@hdfsi.com | Jun 02 2026 21:07:00 | Harley-Davidson Financial Services, Inc., Attention: Rider Services, PO Box 22048, Carson City, NV 89721-2048 |
| 520391146 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2026 21:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520453624 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2026 21:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520430571 | + Email/Text: RASEBN@raslg.com | Jun 02 2026 21:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520391147 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2026 21:07:00 | Jeffcapsys, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520391148 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2026 21:08:17 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 520391149 | ^ MEBN | Jun 02 2026 21:00:49 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520391151 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:07:58 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 520395482 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:07:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520455798 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2026 21:06:00 | Lakeview Loan Servicing, LLC, Flagstar Bank, NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520608604 | ^ MEBN | Jun 02 2026 21:00:44 | Lakeview Loan Servicing, LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520608605 | ^ MEBN | Jun 02 2026 21:00:44 | Lakeview Loan Servicing, LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810, Lakeview Loan Servicing, LLC 14240-0840 |
| 520391150 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:08:11 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 521008057 | Email/Text: mtgbk@shellpointmtg.com | Jun 02 2026 21:06:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0826 |
| 521008056 | | Email/Text: mtgbk@shellpointmtg.com | Jun 02 2026 21:06:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520420615 | + | Email/PDF: cbp@omf.com | Jun 02 2026 21:07:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520391153 | + | Email/PDF: cbp@omf.com | Jun 02 2026 21:08:05 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520460723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2026 21:07:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520504546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2026 21:07:57 | Portfolio Recovery Associates, LLC, c/o THE BANK OF MISSOURI, POB 41067, Norfolk, VA 23541 |
| 520459700 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2026 21:06:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520391154 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:07:58 | Resurgent Capital Services, P.O. Box 510090, Livonia, MI 48151-6090 |
| 520391152 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 02 2026 21:05:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520391155 | ^ | MEBN | Jun 02 2026 21:01:33 | Selip & Stylianou LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 520391156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:04 | Syncb/carecr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:07:53 | Syncb/slpnbr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520391158 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:07:52 | Syncb/venmo, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520459381 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2026 21:07:56 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520391160 | + | Email/Text: bncmail@w-legal.com | Jun 02 2026 21:06:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520391159 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 02 2026 21:05:00 | Tbom/fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 520391161 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 02 2026 21:06:00 | The Bureaus, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 520427450 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 02 2026 21:07:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 520391162 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 02 2026 21:07:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 520391163 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 02 2026 21:07:00 | Us Bk Cacs, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520744726 | *+ | Dovenmuehle Mortgage Co. as Servicer, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 521076673 | * | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521076672 | * | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jun 02, 2026 | Form ID: 137 | Total Noticed: 58

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by M & T Bank aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| George E Veitengruber, III | on behalf of Debtor John R. Nortrup  Jr. bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Joint Debtor Lauren L. Nortrup bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Joshua I. Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Laura M. Egerman | on behalf of Creditor LakeView Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Capital One N.A. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12