UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

**Order Filed on July 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John R. Nortrup Jr. and Lauren L. Nortrup

Case No.: 24-19074

Chapter: 13

Judge: EJO

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: July 1, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____George Veitengruber, III, Esq._____ , the applicant, is allowed a fee of $ _____2,900.00_____ for services rendered and expenses in the amount of $_____50_____ for a total of $_____2,950.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2